IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO: 0:12-cv-01711-DWF-LIB

| | |
|---|---|
| DEBORAH ERICKSON & MATTHEW ERICKSON, | ) ) ) |
| Plaintiffs, | ) |
| vs. | ) ) |
| NORTHSTAR LOCATION, | ) **NOTICE OF SETTLEMENT** |
| Defendant. | ) ) |

NOW COMES Plaintiff, DEBORAH ERICKSON & MATTHEW ERICKSON ("Plaintiff"), by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of being finalizing, which Plaintiff anticipates will be within the next sixty (60) days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Dated: September 11, 2012

Respectfully Submitted,
**KROHN & MOSS, LTD**

By: s/ Lee Cassie Yates Clagett
    Lee Cassie Yates Clagett - # 352688
    2413 Ring Road
    Suite 117
    Elizabethtown, Kentucky 42701
    Tel:  (270) 737-9088
    Fax: (270) 769-2905
    Email: lcclagett@ksclawfirm.com

*Attorney for Plaintiff*