## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Deborah Erickson and<br>Matthew Erickson, | Civil No. 12-1711 (DWF/LIB) |
| Plaintiffs, | |
| v. | **ORDER FOR DISMISSAL**<br>**WITH PREJUDICE** |
| Northstar Location Services, LLC, | |
| Defendant. | |

Based upon the Notice of Voluntary Dismissal filed by the Plaintiffs on November 26, 2012, (Doc. No. [7]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, without costs or disbursements to any party.


Dated:  November 27, 2012            s/Donovan W. Frank
                                     DONOVAN W. FRANK
                                     United States District Judge